IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00042-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. TINA MICHELE KLOS,
   a.k.a. Tina M. Gahimer,
   a.k.a. Tina Butts,

    Defendant.

---

ORDER CONCERNING DISCLOSURE OF GRAND JURY MATERIALS

---

    This matter is before the court on the "Government's Motion to Disclose Matters Occurring Before Grand Jury" (doc. #8), filed February 9, 2009. The Motion is GRANTED. It is ORDERED as follows:

    1. Pursuant to Rule 6(e)(3)(E)(i), the government may disclose the following grand jury materials to defense counsel: (1) The transcript of the testimony of the witness who testified before the grand jury and provided the evidence that resulted in the Indictment in this case, (2) any exhibits that were used during that testimony and (3) any records that were received pursuant to grand jury subpoenas.

    2. To protect grand jury secrecy, defense counsel shall make only such copies as are necessary to prepare a defense of this criminal case. Defense counsel shall keep a written record concerning how many copies were made, to whom those copies were delivered and the dates of delivery. Defense counsel shall also deliver a copy of

this order with the materials.  <u>No person other than defense counsel shall make any copy of these materials for any purpose whatsoever</u>.  At the conclusion of the case in this court, by entry of the court's judgment, counsel within ten days shall collect all such copies and return them to the Government.

      3.  Copies of grand jury materials may be used only in connection with this criminal proceeding, and any further dissemination or use is prohibited.

Dated at Denver, Colorado, this 9th day of February 2009.

BY THE COURT:

***S/John L. Kane***
John L. Kane, Senior Judge
United States District Court